UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In Re:

    JEFFREY BRIERE                      BK-16-11284
        Debtor                          CHAPTER 13

<u>AMENDED ORDER</u>

It is hereby

ORDERED

In addition to the plan payments required through the month of November 2016, the debtor shall pay to the Office of the Chapter 13 Trustee, PO Box 2561, Providence, RI 02906 the sum of $1,315.00 per month commencing December 2016 for the remaining 56 months of the plan.

*/s/ Diane Finkle* 12/16/2016
Diane Finkle
United States Bankruptcy Judge

In re: Jeffrey Briere                                          BK-16-11284

ADDENDUM

The Wage Order as filed has been modified by the terms of this Order as follows:

Pursuant to the Order Confirming Plan, the estimated mortgage arrearage due to DiTech Financial, LLC was $53,297.00. On November 16, 2016 Ditech Financial, LLC filed a secured mortgage arrearage claim for $68,860.48. Because of this discrepancy, the funds being paid into the plan are not sufficient. Commencing December 2016, the plan payment is increased from $1,015.00 per month to $1,315.00 per month for the remaining 56 months of the plan.